## FOSHEE v. THE STATE.

(Decided October 19, 1916.　73 South. 999.)

CERTIORARI to Court of Appeals.

PAGE, MCMILLAN & BROOKS, for petitioner.　W. L. MARTIN, Attorney General, and LAWRENCE E. BROWN, Assistant Attorney General, for the State.

GARDNER, J.—Petition of W. E. Foshee for certiorari to Court of Appeals to review and revise the judgment of said court affirming the judgment of the trial court in the case of *Foshee v. The State,* 15 Ala. App. 113, 72 South. 685. Writ denied.

All Justices concur.